

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Suzanna Jacobs<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CR-11-534<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Friday___, ___9/23/11___, at ___11:00___ ☒ a.m. / ☐ p.m. before the Honorable ___RALPH ZAREFSKY___, in Courtroom ~~540~~ 341.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___9/19/11___          _____
                              U.S. District Judge/Magistrate Judge